No. 752, Misc. IN RE DISBARMENT OF SANTANA. Supreme Court of Puerto Rico. Certiorari denied.

No. 753, Misc. CAMBIANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 755, Misc. BAILEY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 756, Misc. KNOWLES v. GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied. 

No. 757, Misc. WARD v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 758, Misc. LLOYD v. COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 761, Misc. GRANT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States. 

No. 764, Misc. JACKSON v. WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 765, Misc. NEWLON v. DISTRICT COURT OF POTTAWATTAMIE COUNTY, IOWA. Supreme Court of Iowa. Certiorari denied.

No. 767, Misc. JAMES v. CALIFORNIA. Supreme Court of California. Certiorari denied.